# Court of Appeals
# of the State of Georgia

ATLANTA,  March 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0787.  W. BONNEAU ANSLEY, JR., ET AL. v. BRANCH BANKING AND TRUST COMPANY.**

Upon consideration and review, the Appellants' Motion to Remand, is hereby GRANTED and the case is remanded to the trial court with direction to allow the parties to supplement the record with evidence of a foreclosure sale that occurred on December 6, 2016 and to direct the trial court to rule upon the effect that sale may have upon its judgment that is the subject of this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/28/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*